IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BOBBY RAY COLLINS,<br>    Petitioner,<br>VS.<br><br>DOUGLAS DRETKE, DIRECTOR,<br>T.D.C.J., Correctional<br>Institutions Div.,<br>    Respondent. | §<br>§<br>§   CIVIL ACTION NO.4:05-CV-157-Y<br>§<br>§<br>§<br>§<br>§ |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Bobby Ray Collins, along with the June 21, 2005, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until July 12, 2005, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case and has reviewed for clear error the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on June 21, 2005. The Court concludes that the petition for writ of habeas corpus should be dismissed with prejudice for the reasons stated in the magistrate judge's findings and conclusions.

It is therefore ORDERED that the findings, conclusions and recommendation of the magistrate judge should be, and are hereby, ADOPTED.

It is further ORDERED that Bobby Ray Collins's Petition for Writ of Habeas Corpus be, and is hereby, DISMISSED WITH PREJUDICE.

SIGNED July 18, 2005.

*[signature: Terry R. Means]*

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE